UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

                Plaintiff,                                Case Number 14-13504

v.                                         Honorable David M. Lawson

KEY HOTEL & PROPERTY
MANAGEMENT, LLC,

                Defendant.

_____/

## ORDER OF DISMISSAL

On April 27, 2015, the parties notified the Court via email that they had reached a final

settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and

without costs to any party.  Any party may apply to reopen the matter to enforce the settlement

agreement **on or before May 28, 2015**.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated:  April 28, 2015

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on April 28, 2015.

                         s/Susan Pinkowski
                         SUSAN PINKOWSKI